WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
pdavis@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 9538 DIAMOND BRIDGE; and ASHLEY RIDGE ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00289-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ASHLEY RIDGE ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2 ("Plaintiff"), and Defendant ASHLEY RIDGE ASSOCIATION ("Ashley Ridge"), by and through their respective counsel, hereby agree and stipulate as follows:

On March 24, 2017, Ashley Ridge filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 16], and Plaintiff's response is due April 7, 2017.

On April 5, 2017, Counsel for Ashley Ridge granted Plaintiff an extension up and until April 14, 2017.

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiff to file its Response to Ashley Ridge's Motion to Dismiss shall be extended to **April 14, 2017.**

This stipulation is made in good faith and not for purpose of delay.

| | |
|---|---|
| DATED this __7th__ day of April, 2017.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>___/s/Patrick J. Davis, Esq._____<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Patrick J. Davis, Esq.<br>Nevada Bar No. 13330<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>esmith@wrightlegal.net<br>pdavis@wrightlegal.net<br>*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2* | DATED this _7th__ day of April, 2017<br>LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.<br><br>_/s/J. William Ebert, Esq._____<br>J. WILLIAM EBERT, ESQ.<br>bebert@lipsonneilson.com<br>DAVID A. MARKMAN, ESQ.<br>dmarkman@lipsonneilson.com<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500/ (702) 382-1512 FAX<br>Attorney for defendant, Ashley Ridge Association |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: __April 10, 2017_____