# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, | |
| Plaintiff(s), | Case No. 2:17-cv-00289-RFB-NJK |
| vs. | ORDER |
| SATICOY BAY, LLC SERIES 9538 DIAMOND BRIDGE, | |
| Defendant(s). | |

The Court ordered the parties to file a discovery plan or status report by May 4, 2017. Docket No. 35. The parties failed to do so. The Court again **ORDERS** the parties to file, no later than May 9, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

DATED: May 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge