WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 9538 DIAMOND BRIDGE; and ASHLEY RIDGE ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00289-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY REQUESTS**<br><br>**(First Request)** |

    Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2 ("Plaintiff"), and Defendant SATICOY BAY, LLC SERIES 9538 DIAMOND BRIDGE ("Saticoy Bay"), by and through their respective counsel, hereby agree and stipulate as follows:

    Saticoy Bay has propounded written discovery requests, consisting of Requests for Admission, Requests for Production of Documents, and Interrogatories to Plaintiff, responses to

all of those requests are currently due on July 13, 2017. Counsel for Plaintiff requires additional time to adequately respond to Saticoy Bay's discovery requests.

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Plaintiff to submit responses to all of the foregoing discovery requests shall be extended to **July 27, 2017.**

This stipulation is made in good faith and not for purpose of delay.

| DATED this 13th day of July, 2017. <br> WRIGHT, FINLAY & ZAK, LLP <br><br> __/s/Patrick J. Davis, Esq._____ <br> Edgar C. Smith, Esq. <br> Nevada Bar No. 5506 <br> Patrick J. Davis, Esq. <br> Nevada Bar No. 13330 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> (702) 475-7964; Fax: (702) 946-1345 <br> esmith@wrightlegal.net <br> pdavis@wrightlegal.net <br> *Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2* | DATED this 13th day of July 2017 <br> LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. <br><br> /s/ Michael F. Bohn, Esq._____ <br> MICHAEL F. BOHN,, ESQ. <br> mbohn@bohnlawfirm.com <br> 376 East Warm Springs Road, Ste. 140 <br> Las Vegas, Nevada 89119 <br> (702) 642-3113/ (702) 642-9766 FAX <br> Attorney for defendant, Saticoy Bay LLC Series 9538 Diamond Bridge |
|---|---|

**DENIED** as unnecessary. So long as doing so does not interfere with the time set for completing discovery, for a hearing, or for trial, the parties may stipulate **without court approval** to extending the time to respond to discovery. See Fed. R. Civ. P. 29(b).

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __July 14, 2017_____