LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Ashley Ridge Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 9538 DIAMOND BRIDGE; and ASHLEY RIDGE ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00289-RFB-NJK<br><br>**DEFENDANT ASHLEY RIDGE ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant ASHLEY RIDGE ASSOCIATION ("Ashley Ridge") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Ashley Ridge in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

\ \ \

\ \ \

\ \ \

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 24th day July, 2018.

LIPSON NEILSON P.C.

By: /s/ Karen Kao
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89148
*Attorneys for Defendant
Ashley Ridge Association*

**COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** July 25, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**