WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cswift@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 9538 DIAMOND BRIDGE; and ASHLEY RIDGE ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00289-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SATICOY BAY'S RENEWED MOTION TO DISMISS** |

Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2 ("HSBC"), Defendant Saticoy Bay, LLC Series 9538 Diamond Bridge ("Saticoy Bay"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On September 12, 2018, Saticoy Bay filed a Renewed Motion to Dismiss Plaintiff's Complaint [ECF No. 70] ("Motion");
2. HSBC's response to Saticoy Bay's Motion is due September 26, 2018;

3. HSBC's counsel is requesting an additional seven days to file its response to Saticoy Bay's Motion, and thus requests up to October 3, 2018, to file an Opposition;

4. Counsel for Saticoy Bay does not oppose this extension;

5. This Stipulation is made in good faith and not for purposes of delay.

| DATED this 26th day of September, 2018. | DATED this 26th day of September, 2018. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF MICHAEL F. BOHN, ESQ. LTD |
| */s/ Christopher A.J. Swift*_____<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Christopher A.J. Swift, Esq.<br>Nevada Bar No. 11291<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>*Attorneys for Plaintiff, HSBC Bank USA, National Association as trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2006-AR2* | */s/ Michael F. Bohn*_____<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Ste. 480<br>Henderson, Nevada 89074<br>(702) 642-3113/ (702) 642-9766 FAX<br>*Attorney for Defendant, Saticoy Bay LLC Series 9538 Diamond Bridge* |

**ORDER**

**IT IS SO ORDERED**

Dated: September 27, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court